IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BROOKE BOGGS, | : | |
| Plaintiff(s), | : | |
| vs. | : | CIVIL ACTION 25-0226-C |
| A RESTAURANT GROUP, L.L.C., | : | |
| Defendant(s). | : | |

NOTICE OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE FOR TRIAL

This civil action has been randomly assigned to United States Magistrate Judge William E. Cassady for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges in this District have been designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of a final judgment, upon the consent of all parties. An appeal from a judgment entered by a Magistrate Judge may be taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as an appeal from any other judgment of a District Judge.

The parties have the right to have this action reassigned to a United States District Judge for trial and disposition. Any party may request reassignment by emailing the attached Request for Reassignment to a United States District Judge to Edwina_Crawford@alsd.uscourts.gov. **Do not electronically file document.**

The plaintiff(s) shall serve a copy of this notice and attachments immediately upon all other parties that have been served with the summons and

complaint pursuant to Rules 4 and 5, Federal Rules of Civil Procedure.

    This notice was electronically mailed to counsel of record on the 29th day of May, 2025.

                                            CHRISTOPHER EKMAN, CLERK


                              By:_____s/Edwina E. Crawford
                                      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

BROOKE BOGGS,                           :

      Plaintiff(s),                    :

vs.                                     :        CIVIL ACTION 25-0226-C

A RESTAURANT GROUP, L.L.C.,             :

      Defendant(s).                    :

REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

The undersigned party hereby DECLINES to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby REQUESTS the reassignment of this case to a United States District Judge.[1]

_____                        Signature_____
    Date

                                              Counsel For_____

                                              Address_____

---

[1] Return the Request for Reassignment to a United States District Judge to the Clerk of Court by email to Edwina_Crawford@alsd.uscourts.gov. **DO NOT ELECTRONICALLY FILE DOCUMENT.**