UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

_____ *
_____ *
                                  *
           Plaintiff,             *
vs.                               * Case No. _____
                                  *
_____ *
_____ *
           Defendant.             *

**MOTION AND APPLICATION FOR ADMISSION PRO HAC VICE**

The undersigned attorney hereby applies for admission *pro hac vice* before the United States District Court for the Southern District of Alabama in the above-styled action and submits the following.[1]

1. **Party/Parties for whom you are requesting to appear:** _____

2. **State:**
   **(a) Full name:** _____
   **(b) Present business address:** _____
   **(c) Office telephone number and email:** _____
   **(d) Name of your firm, company or agency:** _____

3. **State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:** _____

4. **(a) Are you a member in good standing of the bar of the Supreme Court of Alabama?** _____
   **(b) If so, state the month and year you were admitted:** _____
   **(c) Are you a member in good standing of the bar of any other state's highest court?** _____
   **(d) If so, name the state(s) and the month and year you were admitted:** _____

5. **Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing:** _____

6. **Are you regularly engaged in the practice of law in the State of Alabama?** _____

---

[1] Attach additional pages as needed for complete responses.

7. **(a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis?** _____

    **(b) If so, describe fully the circumstances:** _____
    _____

8. **(a) Do you presently have pending against you any disciplinary charges by any court or bar association?** _____

    **(b) If so, describe fully the circumstances:** _____
    _____

9. **(a) Have you ever been cited for contempt by any federal or state court?** _____

    **(b) If so, describe fully the circumstances:** _____

10. **(a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court?** _____

    **(b) If so, describe fully the circumstances:** _____
    _____

11. **Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to abide by it in this Court?** _____

12. **Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, the Standing Orders of this Court, and the Administrative Procedure for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before this Court?** _____

    **(The Standing Orders of this Court and Administrative Procedure for Electronic Filing are available for your review in the Clerk's Office or on the web at (www.alsd.uscourts.gov/.)**

13. **I declare under penalty of perjury that the foregoing is true and correct.**

    _____
    **Applicant Name**

    **Date:** _____

**Oath of Admission:**

   I do solemnly swear (or affirm) that I will demean myself as an attorney, according to the best of my learning and ability, and with all good fidelity, as well to the court as to the client; that I will use no falsehood or delay any person's cause for lucre or malice, and that I will support the Constitution of the State of Alabama and of the United States, so long as I continue a citizen thereof, so help me God.

   _____
   **Signature of Attorney**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**

BROOKE BOGGS,

      Plaintiff,                      CASE NO.: 1:25-CV-00226-C

v.

A RESTAURANT GROUP, L.L.C.,

      Defendant.
_____/

**MOTION FOR ADMISSION *PRO HAC VICE***

Comes now the undersigned counsel of record for Plaintiff Brooke Boggs, a member in good standing of the United States District Court for the Southern District of Alabama, and moves this Court for an Order Admitting *Pro Hac Vice* Daniel J. Barroukh. The undersigned would show unto the Court as follows:

    1.    Daniel J. Barroukh is admitted to the Bar of the State of Florida and he practices law with the firm Derek Smith Law Group, PLLC, 520 Brickell Key Drive, O-301, Miami, Florida 33131. He was admitted to the Bar of the State of Florida in September of 2023. He is a member of good standing in the State of Florida. His bar number is 1049271.

    2.    Mr. Barroukh is admitted to practice in the United States District Courts for the Southern District of Florida, the Middle District of Florida, and the Northern District of Florida.

    3.    The telephone number for Mr. Barroukh is (786) 688-2335 and his email address is danielb@dereksmithlaw.com. A certificate of good standing from the Southern District of Florida to which applicant is admitted is attached hereto as Exhibit A.

    4.    The required filing fee of $100.00 will be paid contemporaneously with this filing. A draft order is also attached hereto.

1

2

WHEREFORE, the undersigned moves for an Order permitting Daniel J. Barroukh to appear and participate as counsel of record *pro hac vice* for Plaintiff.

Respectfully submitted,

*Counsel for Plaintiff*

<u>/s/ J. Ashton Lattof</u>
J. Ashton Lattof, Esq.(LAT024)
Alabama Bar No.: 1178P08X
Lattof & Lattof, P.C.
156 St Anthony St
Mobile, AL 36603
Tel: (251) 432-6691
ashton@lattoflaw.com

3

**CERTIFICATE OF SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the Southern District of Alabama's CM/ECF system on this 22nd day of July, 2025.

                                                */s/ J. Ashton Lattof*
                                                J. Ashton Lattof, Esq.