AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Daniel Jordan Barroukh** , Florida Bar # **1049271**, was duly admitted to

practice in this Court on **October 03, 2023**, and is in good standing as a member of the Bar of this

Court.

Dated at: **Miami, Florida** on July 22, 2025.

Angela E. Noble
Court Administrator • Clerk of Court