AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | | |
|---|---|---|
| BROOKE BOGGS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-0226-C |
| A RESTAURANT GROUP, L.L.C. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  A RESTAURANT GROUP, L.L.C.
c/o Mark Frohlich, its Registered Agent
4715 Millhouse Rd.
Gulf Shores, AL 36542

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. ASHTON LATTOF
156 Saint Anthony Street
Mobile, AL 36603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Christopher Ekman
*CLERK OF COURT*

Date: 05/29/2025

*Edwina Crawford*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mark Frohlich, A Restaurant Group, LLC
was received by me on *(date)* June 3, 2025.

☑ I personally served the summons on the individual at *(place)* 4715 Millhouse Rd Gulf Shores AL 36542
on *(date)* 6/11/25 @ 5:29 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/11/25

*Server's signature* (signed) 

Greg Phillips / Private Process Server
*Printed name and title*

PO Box 91893 Mobile AL 36691
*Server's address*

Additional information regarding attempted service, etc: