**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BROOKE BOGGS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:25-cv-00226-C |
| | ) |
| **A RESTAURANT GROUP, L.L.C.,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

A review of this file indicates that Defendant A Restaurant Group, L.L.C., by and through Mark Frohlich for Defendant, was served with a summons and complaint on June 3, 2025. (Doc. 7). As of this date, Defendant A Restaurant Group, L.L.C. has not made an appearance, or filed an answer or a motion to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

Plaintiff shall, therefore, provide the Court with a status report regarding this action, complete with why an entry of default has not been requested or file a response as to why the case should not be dismissed for failure to prosecute. The status report or response is due on or before August 15, 2025.

**DONE and ORDERED** this 1st day of August 2025.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**