IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BROOKE BOGGS, | ) | |
| Plaintiff (s), | ) | |
| vs. | ) | CIVIL ACTION NO. 25-0226-C |
| A RESTAURANT GROUP, LLC, | ) | |
| Defendant(s). | ) | |

### CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a), Federal Rules of Civil Procedure, **DEFAULT** is hereby entered by the Clerk against the Defendant, A Restaurant Group, LLC,, for failure to plead or otherwise defend.

Done this the 21st day of August, 2025.

CHRISTOPHER L. EKMAN, CLERK

By:   /s/Edwina E. Crawford
Deputy Clerk