IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BROOKE BOGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:25-cv-00226-C |
| A RESTAURANT GROUP, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## ORDER

A telephone conference was held in this action on September 2, 2025, with Plaintiff represented by counsel. Defendant's counsel did not appear and participate in the telephone conference. Plaintiff's counsel authorized the undersigned to set aside the Clerk's Entry of Default (Doc. 12) and recognize the filing of Defendant's Answer on August 26, 2025 (Doc. 13).

Accordingly, the Defendant's Motion to Set Aside Default Judgment[1] is **GRANTED**, and the Defendant's Answer (Doc. 13) is accepted. Counselor Thomas D. Moore shall file an explanation for his absence from this conference not later than **September 9, 2025**.

**DONE** and **ORDERED** this the 2nd day of September, 2025.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE

---

[1] Regardless of the heading of the motion, Defendant's motion seeks to set aside the Clerk's Entry of Default (Doc. 12).