# IN THE UNTIED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BROOKE BOGGS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CIVIL ACTION 1:25-CV-00226-C |
| | * | |
| A RESTAURANT GROUP, L.L.C., | * | |
| | * | |
| Defendant. | * | |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

### NOTICE OF FILING DISCOVERY

COMES NOW, Defendant A. Restaurant Group, LLC, by and through counsel and gives Notice of filing the following discovery:

1. Defendant's Responses to Plaintiff's First Set of Interrogatories.

2. Defendant's Responses to Plaintiff's Request for Production of Documents.

                                  Respectfully submitted,

                                  /s/ T. Deven Moore.

THE MOORE FIRM, P.C..
P.O. Box 906
Montrose, AL 36559
Tel: (251) 656-2607
Tdmoorefirm@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2025, a true and correct copy of the foregoing document is being served on all counsel of record on the service list below via email.

/s/ T. Deven Moore.

SERVICE LIST

Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 22nd day of December, 2025, a true and correct copy of the foregoing document is being served on all counsel of record on the service list below via email.

SERVICE LIST

Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
/s/ T. Deven Moore.
T. Deven Moore, Esq.
THE MOORE FIRM
PO Box 906
Montrose, Alabama 36559
Tel: (251)656-2607
Counsel for Defendant