**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**


BROOKE BOGGS,      )
               )
   Plaintiff.        )
               )
v.               )      CASE NO.: 1:25-CV-00226
               )
A RESTAURANT GROUP,  )
L.L.C.,           )
               )
Defendant.       )


**MOTION TO WITHDRAW AS COUNSEL**

     T. DEVEN MOORE, attorney for Defendant, A RESTAURANT GROUP, L.L.C., hereby moves this Court for an order allowing him to withdraw as Defendant's counsel of record in the above-styled action. As grounds for this motion, counsel states as follows:

1. Counsel's practice almost exclusively involves Estate Planning and Commercial Transactions. Counsel has no meaningful experience litigating claims involving employment practices, or discrimination.

2. Counsel has conferred with the Defendant, and Defendant consents to the withdrawal of undersigned counsel and acknowledges the need to immediately retain new counsel.

3. This motion is not made for the purpose of delay.

     Respectfully submitted, this 13th day of April, 2026.


                         */s/ T. Deven Moore (Moo061)*
                     The Moore Firm
                     PO Box 906
                     Montrose, Alabama 36559
                     Phone: (251) 656-2607
                     Email: tdmoorefirm@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned does hereby certify that a true and correct copy of this Motion was duly served upon Defendant, A. Restaurant Group, LLC on March 30, 2026; and was duly served on counsel for Plaintiff via ECF on April 13, 2026.

_/s/ T. Deven Moore (Moo061)_