Outlook

## SERVICE OF COURT DOCUMENTS - CASE NO. 1:25-cv-00226-C - BROOKE BOGGS v. A RESTAURANT GROUP, L.L.C.

**From** David Rodriguez <David@dereksmithlaw.com>

**Date** Tue 11/25/2025 8:01 PM

**To**   tdmoorefirm@gmail.com <tdmoorefirm@gmail.com>

**Cc**   Daniel Barroukh <danielb@dereksmithlaw.com>

🖇 4 attachments (668 KB)

NOD - Corporate Representative.pdf; NOD - Haley McLeod.pdf; NOD - Melia Jones.pdf; NOD - Zach Howell.pdf;

### SERVICE OF COURT DOCUMENTS

| | |
|---|---|
| Court: | United States District Court – Southern District of Alabama |
| Case Number: | 1:25-cv-00226-C |
| Initial Party (Plaintiff): | Brooke Boggs |
| Initial Party (Defendant): | A Restaurant Group, L.L.C. |
| Title of Document(s) Served: | 1. Plaintiff's Notice of Rule 30(b)(6) Deposition;<br>2. Notice of Taking Deposition of Haley McLeod;<br>3. Notice of Taking Deposition of Melia Jones; and<br>4. Notice of Taking Deposition of Zach Howell. |
| Sender's Name: | Daniel J. Barroukh, Esq. |
| Sender's Telephone Number: | (786) 688-2335 |

**David Rodriguez**

Paralegal - Miami

## DEREK SMITH LAW GROUP, PLLC

Toll Free (800) 807-2209 | Direct Dial (786) 688-2325

Email: david@dereksmithlaw.com

www.dereksmithlaw.com

**New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego | Washington D.C.**





*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case,

all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

Case 1:25-cv-00226-C    Doc# 36-2    Filed 04/23/26    Page 2 of 2    PageID# 137

all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.