UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

BROOKE BOGGS,                          )
                                       )CASE NO. 1:25-CV-00226-C
              Plaintiff,               )
        V.                             )
                                       )
A RESTAURANT GROUP, LLC,               )
              Defendant.               )
_____

CERTIFICATE OF NON-APPEARANCE TO THE DEPOSITION

OF

DARIN SMITH

March 30, 2026

(Remotely Reported by

Cynetha Jade Harrison, RPR.)

EVEREST COURT REPORTING, LLC
100 N. 18th Street, Suite 2001
Philadelphia, PA  19103
(215)341-3616

Everest Job No. 49756

APPEARANCES:


On Behalf of the Plaintiff:
    DANIEL J. BARROUKH, Esquire
    DEREK SMITH LAW GROUP, PLLC
    520 Brickell Key Drive, Suite 0-301
    Miami, FL  33131
    Ph: 305-946-1884
    Email: Danielb@dereksmithlaw.com


On Behalf of the Defendant: (NO-SHOW)
    T. DEVEN MOORE, Esquire
    THE MOORE FIRM
    P.O. Box 906
    Montrose, Alabama  36559
    Ph: (251) 955-5155
    Email: Tdmoorefirm@gmail.com

(Whereupon, a discussion occurred off the record after which the following occurred on the record at 9:30 a.m. CT/10:30 a.m. ET:)

MR. BARROUKH:  Thank you.  Miss Court Reporter, like you said, it is 10:30 a.m., opposing counsel and his client are not present.  I will be giving them a call and following up via email momentarily.  If they do not respond in a few minutes, we will get back on the record for a Certificate of Nonappearance.

(Whereupon, a recess occurred after which the following occurred on the record at 9:31 a.m. CT/10:31 a.m. ET:)

MR. BARROUKH:  Back on the record; correct?

THE COURT REPORTER:  Yes.

MR. BARROUKH:  Thank you.  Now, for the record, I went ahead and emailed Mr. Moore at TDMoorefirm@Gmail.com and further, attempted to contact Mr. Moore via telephone at 251-656-2607.  And, again, that phone number is consistent with the phone number, he has provided on all Court documents, including his most-recently-served Interrogatory Responses.

Thank you.  Off the record.

THE COURT REPORTER:  Regular time frame for the transcript is fine; is that correct?

MR. BARROUKH:  Yes.  We're still on the record;

correct?

THE COURT REPORTER:  Yes.

MR. BARROUKH:  All right.  I'm going to give Mr. Moore the benefit of the doubt, him and his client, and wait a few more minutes before we order anything at this point.  I'm going to wait until 10:15 to see if I can hear back from him.  I did actually just receive an email from Mr. Moore regarding a different matter -- rather, the same matter, however, a different email from the one, I just sent him for the purpose of deposition here today.  So, hopefully, he responds.  If we get nothing, then, we will go ahead and move for a Certificate of Nonappearance and order the transcript on regular delivery timing.  Thank you.

(Whereupon, a recess occurred after which the following occurred on the record at 9:37 a.m. CT/10:37 a.m. ET:)

MR. BARROUKH:  For the record, Mr. Moore just responded via email, stating:  Daniel, we will not be attending.  My client has retained substitute counsel on -- and I expect, I will file an appearance this week.

For the record, to be clear, this deposition has been noticed since November 25th, of 2025, providing nearly five months for Defense to provide Notice of Unavailability, ask to reschedule, and there has been

zero communication to myself or my office regarding Defendant's intention to not appear or to have counsel substituted in this matter.  As such, we will be moving forward with obtaining a Certificate of Nonappearance, and, further, moving for sanctions against the Defendant for failing to appear for the deposition and for counsel for failing to communicate any intention of not appearing for today's deposition that has been scheduled for five months.  Thank you.

(The proceedings concluded at 9:40 a.m. CT/10:40 a.m. ET.)

CERTIFICATION


I hereby certify that this transcript of proceedings is true and correct and meets the format specifications established by the Supreme Court of Pennsylvania in Rule 4010.

*Cynetha Jade Harrison*
/s/ C. Jade Harrison, RPR
CYNETHA JADE HARRISON, RPR

_3/31/26_____                    /s/ C. Jade Harrison, RPR

DATE                               CYNETHA JADE HARRISON, RPR

## WORD INDEX

**< 0 >**
**0-301** 2:4

**< 1 >**
**1:25-CV-00226-C** 1:3
**10:15** 4:6
**10:30** 3:5
**100** 1:22
**18th** 1:22
**19103** 1:22

**< 2 >**
**2001** 1:22
**2025** 4:23
**2026** 1:10
**215)341-3616** 1:23
**251** 2:10
**251-656-2607** 3:18
**25th** 4:23

**< 3 >**
**3/31/26** 6:12
**30** 1:10
**305-946-1884** 2:5
**33131** 2:4
**36559** 2:9

**< 4 >**
**4010** 6:9
**49756** 1:25

**< 5 >**
**520** 2:4

**< 9 >**
**9:30** 3:2
**9:31** 3:11
**9:37** 4:16
**9:40** 5:10
**906** 2:9
**955-5155** 2:10

**< A >**
**a.m** 3:3, 5, 11, 12 4:16, 17 5:10, 11
**ahead** 3:16 4:12
**ALABAMA** 1:1 2:9

**appear** 5:2, 6
**appearance** 4:21
**APPEARANCES** 2:1
**appearing** 5:8
**attempted** 3:17
**attending** 4:20

**< B >**
**back** 3:8, 13 4:7
**BARROUKH** 2:3 3:4, 13, 15, 25 4:3, 18
**Behalf** 2:1, 5
**benefit** 4:4
**BOGGS** 1:1
**Box** 2:9
**Brickell** 2:4
**BROOKE** 1:1

**< C >**
**call** 3:7
**CASE** 1:3
**CERTIFICATE** 1:7 3:9 4:13 5:4
**CERTIFICATION** 6:4
**certify** 6:6
**clear** 4:22
**client** 3:6 4:4, 20
**communicate** 5:7
**communication** 5:1
**concluded** 5:10
**consistent** 3:19
**contact** 3:17
**correct** 3:13, 24 4:1 6:7
**counsel** 3:5 4:20 5:2, 6
**COURT** 1:1, 12 3:4, 14, 20, 23 4:2 6:8
**CT/10:30** 3:3
**CT/10:31** 3:11
**CT/10:37** 4:16
**CT/10:40** 5:10
**Cynetha** 1:12 6:13

**< D >**
**DANIEL** 2:3 4:19
**Danielb@dereksmithlaw.com** 2:5

**DARIN** 1:9
**DATE** 6:13
**Defendant** 1:5 2:5 5:5
**Defendant's** 5:2
**Defense** 4:24
**delivery** 4:14
**DEPOSITION** 1:7 4:10, 22 5:6, 8
**DEREK** 2:3
**DEVEN** 2:8
**different** 4:8, 9
**discussion** 3:1
**DISTRICT** 1:1
**documents** 3:20
**doubt** 4:4
**Drive** 2:4

**< E >**
**Email** 2:5, 10 3:7 4:8, 9, 19
**emailed** 3:16
**Esquire** 2:3, 8
**established** 6:8
**ET** 3:3, 12 4:17 5:11
**EVEREST** 1:12, 25
**expect** 4:21

**< F >**
**failing** 5:6, 7
**file** 4:21
**fine** 3:24
**FIRM** 2:8
**five** 4:24 5:9
**FL** 2:4
**following** 3:2, 7, 11 4:16
**format** 6:7
**forward** 5:4
**frame** 3:23
**further** 3:17 5:5

**< G >**
**give** 4:3
**giving** 3:6
**go** 4:12
**going** 4:3, 6
**GROUP** 1:5 2:3

**DARIN** 1:9
**< H >**
**Harrison** 1:12 6:12, 13
**hear** 4:7
**hopefully** 4:11

**< I >**
**including** 3:20
**intention** 5:2, 7
**Interrogatory** 3:21

**< J >**
**Jade** 1:12 6:12, 13
**Job** 1:25

**< K >**
**Key** 2:4

**< L >**
**LAW** 2:3
**LLC** 1:5, 12

**< M >**
**March** 1:10
**matter** 4:8, 9 5:3
**meets** 6:7
**Miami** 2:4
**minutes** 3:8 4:5
**momentarily** 3:7
**months** 4:24 5:9
**Montrose** 2:9
**MOORE** 2:8 3:16, 18 4:4, 8, 18
**most-recently-served** 3:21
**move** 4:12
**moving** 5:3, 5

**< N >**
**nearly** 4:24
**Nonappearance** 3:9 4:13 5:4
**NON-APPEARANCE** 1:7
**NO-SHOW** 2:5
**Notice** 4:24
**noticed** 4:23
**November** 4:23

**number**  3:*19*

**< O >**
**obtaining**  5:*4*
**occurred**  3:*1, 2, 10, 11*  4:*15, 16*
**office**  5:*1*
**opposing**  3:*5*
**order**  4:*5, 13*

**< P >**
**P.O**  2:*9*
**PA**  1:*22*
**Pennsylvania**  6:*9*
**Ph**  2:*5, 10*
**Philadelphia**  1:*22*
**phone**  3:*19*
**Plaintiff**  1:*3*  2:*1*
**PLLC**  2:*3*
**point**  4:*6*
**present**  3:*6*
**proceedings**  5:*10*  6:*7*
**provide**  4:*24*
**provided**  3:*20*
**providing**  4:*23*
**purpose**  4:*10*

**< R >**
**receive**  4:*7*
**recess**  3:*10*  4:*15*
**record**  3:*1, 2, 9, 11, 13, 15, 22, 25*  4:*16, 18, 22*
**regarding**  4:*8*  5:*1*
**Regular**  3:*23*  4:*14*
**Remotely**  1:*11*
**Reported**  1:*11*
**Reporter**  3:*4, 14, 23*  4:*2*
**REPORTING**  1:*12*
**reschedule**  4:*25*
**respond**  3:*8*
**responded**  4:*19*
**responds**  4:*11*
**Responses**  3:*21*
**RESTAURANT**  1:*5*
**retained**  4:*20*
**right**  4:*3*
**RPR**  1:*12*  6:*12, 13*

**Rule**  6:*9*

**< S >**
**sanctions**  5:*5*
**scheduled**  5:*8*
**see**  4:*6*
**sent**  4:*10*
**SMITH**  1:*9*  2:*3*
**SOUTHERN**  1:*1*
**specifications**  6:*8*
**STATES**  1:*1*
**stating**  4:*19*
**Street**  1:*22*
**substitute**  4:*20*
**substituted**  5:*3*
**Suite**  1:*22*  2:*4*
**Supreme**  6:*8*

**< T >**
**Tdmoorefirm@gmail.com**  2:*10*  3:*17*
**telephone**  3:*18*
**Thank**  3:*4, 15, 22*  4:*14*  5:*9*
**time**  3:*23*
**timing**  4:*14*
**today**  4:*11*
**today's**  5:*8*
**transcript**  3:*24*  4:*13*  6:*6*
**true**  6:*7*

**< U >**
**Unavailability**  4:*25*
**UNITED**  1:*1*

**< W >**
**wait**  4:*5, 6*
**week**  4:*21*
**went**  3:*16*
**We're**  3:*25*

**< Z >**
**zero**  5:*1*

## WORD LIST

**< 0 >**
**0-301** (*1*)

**< 1 >**
**1:25-CV-00226-C** (*1*)
**10:15** (*1*)
**10:30** (*1*)
**100** (*1*)
**18th** (*1*)
**19103** (*1*)

**< 2 >**
**2001** (*1*)
**2025** (*1*)
**2026** (*1*)
**215)341-3616** (*1*)
**251** (*1*)
**251-656-2607** (*1*)
**25th** (*1*)

**< 3 >**
**3/31/26** (*1*)
**30** (*1*)
**305-946-1884** (*1*)
**33131** (*1*)
**36559** (*1*)

**< 4 >**
**4010** (*1*)
**49756** (*1*)

**< 5 >**
**520** (*1*)

**< 9 >**
**9:30** (*1*)
**9:31** (*1*)
**9:37** (*1*)
**9:40** (*1*)
**906** (*1*)
**955-5155** (*1*)

**< A >**
**a.m** (*9*)
**ahead** (*2*)
**ALABAMA** (*2*)
**appear** (*2*)

**appearance** (*1*)
**APPEARANCES** (*1*)
**appearing** (*1*)
**attempted** (*1*)
**attending** (*1*)

**< B >**
**back** (*3*)
**BARROUKH** (*7*)
**Behalf** (*2*)
**benefit** (*1*)
**BOGGS** (*1*)
**Box** (*1*)
**Brickell** (*1*)
**BROOKE** (*1*)

**< C >**
**call** (*1*)
**CASE** (*1*)
**CERTIFICATE** (*4*)
**CERTIFICATION** (*1*)
**certify** (*1*)
**clear** (*1*)
**client** (*3*)
**communicate** (*1*)
**communication** (*1*)
**concluded** (*1*)
**consistent** (*1*)
**contact** (*1*)
**correct** (*4*)
**counsel** (*4*)
**COURT** (*8*)
**CT/10:30** (*1*)
**CT/10:31** (*1*)
**CT/10:37** (*1*)
**CT/10:40** (*1*)
**Cynetha** (*2*)

**< D >**
**DANIEL** (*2*)
**Danielb@dereksmithlaw.com** (*1*)
**DARIN** (*1*)
**DATE** (*1*)
**Defendant** (*3*)
**Defendant's** (*1*)
**Defense** (*1*)
**delivery** (*1*)

**DEPOSITION** (*5*)
**DEREK** (*1*)
**DEVEN** (*1*)
**different** (*2*)
**discussion** (*1*)
**DISTRICT** (*2*)
**documents** (*1*)
**doubt** (*1*)
**Drive** (*1*)

**< E >**
**Email** (*6*)
**emailed** (*1*)
**Esquire** (*2*)
**established** (*1*)
**ET** (*4*)
**EVEREST** (*2*)
**expect** (*1*)

**< F >**
**failing** (*2*)
**file** (*1*)
**fine** (*1*)
**FIRM** (*1*)
**five** (*2*)
**FL** (*1*)
**following** (*4*)
**format** (*1*)
**forward** (*1*)
**frame** (*1*)
**further** (*2*)

**< G >**
**give** (*1*)
**giving** (*1*)
**go** (*1*)
**going** (*2*)
**GROUP** (*2*)

**< H >**
**Harrison** (*3*)
**hear** (*1*)
**hopefully** (*1*)

**< I >**
**including** (*1*)
**intention** (*2*)
**Interrogatory** (*1*)

**< J >**
**Jade** (*3*)
**Job** (*1*)

**< K >**
**Key** (*1*)

**< L >**
**LAW** (*1*)
**LLC** (*2*)

**< M >**
**March** (*1*)
**matter** (*3*)
**meets** (*1*)
**Miami** (*1*)
**minutes** (*2*)
**momentarily** (*1*)
**months** (*2*)
**Montrose** (*1*)
**MOORE** (*7*)
**most-recently-served** (*1*)
**move** (*1*)
**moving** (*2*)

**< N >**
**nearly** (*1*)
**Nonappearance** (*3*)
**NON-APPEARANCE** (*1*)
**NO-SHOW** (*1*)
**Notice** (*1*)
**noticed** (*1*)
**November** (*1*)
**number** (*2*)

**< O >**
**obtaining** (*1*)
**occurred** (*6*)
**office** (*1*)
**opposing** (*1*)
**order** (*2*)

**< P >**
**P.O** (*1*)
**PA** (*1*)
**Pennsylvania** (*1*)
**Ph** (*2*)

**Philadelphia**  (*1*)
**phone**  (*2*)
**Plaintiff**  (*2*)
**PLLC**  (*1*)
**point**  (*1*)
**present**  (*1*)
**proceedings**  (*2*)
**provide**  (*1*)
**provided**  (*1*)
**providing**  (*1*)
**purpose**  (*1*)

**< R >**
**receive**  (*1*)
**recess**  (*2*)
**record**  (*11*)
**regarding**  (*2*)
**Regular**  (*2*)
**Remotely**  (*1*)
**Reported**  (*1*)
**Reporter**  (*4*)
**REPORTING**  (*1*)
**reschedule**  (*1*)
**respond**  (*1*)
**responded**  (*1*)
**responds**  (*1*)
**Responses**  (*1*)
**RESTAURANT**  (*1*)
**retained**  (*1*)
**right**  (*1*)
**RPR**  (*3*)
**Rule**  (*1*)

**< S >**
**sanctions**  (*1*)
**scheduled**  (*1*)
**see**  (*1*)
**sent**  (*1*)
**SMITH**  (*2*)
**SOUTHERN**  (*1*)
**specifications**  (*1*)
**STATES**  (*1*)
**stating**  (*1*)
**Street**  (*1*)
**substitute**  (*1*)
**substituted**  (*1*)
**Suite**  (*2*)
**Supreme**  (*1*)

**< T >**

**Tdmoorefirm@gmail.c**
**om**  (*2*)
**telephone**  (*1*)
**Thank**  (*5*)
**time**  (*1*)
**timing**  (*1*)
**today**  (*1*)
**today's**  (*1*)
**transcript**  (*3*)
**true**  (*1*)

**< U >**
**Unavailability**  (*1*)
**UNITED**  (*1*)

**< W >**
**wait**  (*2*)
**week**  (*1*)
**went**  (*1*)
**We're**  (*1*)

**< Z >**
**zero**  (*1*)