the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

---

**From:** Deven Moore <tdmoorefirm@gmail.com>
**Sent:** Monday, March 30, 2026 10:38 AM
**To:** Daniel Barroukh <danielb@dereksmithlaw.com>
**Cc:** David Rodriguez <David@dereksmithlaw.com>
**Subject:** Re: Boggs v. A. Restaurant Group, L.L.C.: Deposition of Corporate Representative

Daniel - we will not be attending.  My client has retained substitute counsel and I expect they will file an appearance this week.

*Sent from T. Deven Moore, The Moore Firm, P.C.*
*P.O. Box 906, Montrose, AL 36559  251-656-2607*

> On Mar 30, 2026, at 9:35 AM, Daniel Barroukh <danielb@dereksmithlaw.com> wrote:
>
> Good morning Mr. Moore,
>
> I am awaiting your and your client's appearance for the scheduled Corporate Representative Deposition via Zoom that we previously noticed on November 25, 2025. Please advise if you will be attending.
>
> Best,
> Daniel
>
> **Daniel J. Barroukh, Esq.**
> **Partner - Miami**