UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

BROOKE BOGGS,                        *
                                     *
    Plaintiff,                       *
                                     *
v.                                   *    CASE NO.: 1:25-CV-00226
                                     *
A RESTAURANT GROUP, L.L.C.,          *
                                     *
    Defendant.                       *

## RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS

Comes Now, Defendant, A RESTAURANT GROUP, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 37 and the Court's April 22, 2026 Order [ECF No. 35] Responds to Plaintiff's Motion for Sanctions [ECF No. 36], as follows:

1.    Defendant has but one objection to the factual background set out in paragraphs 1 thru 6 of Plaintiff's Motion.  The following excerpt from paragraph 6 *"**At approximately 9:37 AM CT – seven (7) minutes after the deposition was scheduled to begin, and only after Plaintiff's counsel emailed him while on the record – Defendant's counsel responded . . ."*** is misleading in that it fails to convey that prior to ever hearing from Plaintiff's counsel, Defendant's Counsel was already in the process of ascertaining his witnesses whereabouts and preparing to report the same to Plaintiff's counsel.

2.    Plaintiff's Motion for Sanctions correctly relies upon  Fed. R. Civil. P. 37(d)(1)(A)(i).

3.    Defendant was properly served with Notice of Deposition for its 30(b)(6) representative.

4.    Defendant filed no objections, sought no protective orders and finds no portion of the discovery sought to be objectionable; and

5.    Defendant's designated representative did fail to appear for his scheduled deposition.

6.    Based upon the foregoing and immediately upon it's witness' failure to appear for deposition, Defendant acknowledged Plaintiff's right to reimbursement of legal expenses and court reporter costs and agreed to pay the same.

7.    Plaintiff ignored Defendant's offer to reimburse, choosing instead to file its Motion for Sanctions.

For the foregoing reasons, Defendant acquiesces in the Court entering an Order awarding Plaintiff the reasonable attorney's fees and court reporter expenses caused by Defendant's witness's failure to appear, but denying any attorney's fees incurred by Plaintiff in preparing and prosecuting its Motion for Sanctions; as said Motion was necessitated by Plaintiff's own failure to respond to Defendant's offer to reimburse.

Respectfully submitted this 7th day of May, 2026.

*/s/ T. Deven Moore (Moo061)*

The Moore Firm
PO Box 906
Montrose, Alabama 36559
Phone: (251) 656-2607
Email: tdmoorefirm@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of this Response was duly served upon counsel noted below via ECF, this 7th day of May, 2026.

David Rodriquez, Esq.
Derek Smith Law Group, PLLC
520 Brickell Key Drive,
Suite O-301 Miami, FL 33131
Tel: (305) 946-1884
Danielb@dereksmithlaw.com

*/s/ T. Deven Moore (Moo061)*